**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| TERRI L. ROBERTS, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| TERRI L. ROBERTS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:15-cv-72 |
| | * | |
| QUANTUM3 GROUP, LLC, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

On June 8, 2015, the Court stayed the above-captioned cases pending the Eleventh Circuit's resolution of <u>Johnson v. Midland Funding, LLC</u>. (Doc. 4.) On May, 24, 2016, the Eleventh Circuit issued its ruling in <u>Johnson</u>, reversed the district court, and remanded the case for further proceedings. <u>Johnson v. Midland Funding, LLC</u>, _ F.3d _, 2016 WL 2996372, at *6 (11th Cir. May 24, 2016). The Court now **DIRECTS** the Clerk to lift the stay in the above-captioned cases.

**ORDER ENTERED** at Augusta, Georgia, this 26ᵗʰ day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA