IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRI L. ROBERTS, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-072 |
| QUANTUM3 GROUP, LLC, | * | |
| Defendant. | * | |

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 68, Defendant made an offer of judgment to Plaintiff on August 10, 2016. (Doc. 14-1.) Plaintiff filed with the Court her notice of acceptance of the offer and her proof of service, see Fed. R. Civ. P. 68, on August 24. (Doc. 14.) Accordingly, the Clerk is **DIRECTED** to **ENTER JUDGMENT** in the amount of **$1,000.00**, plus attorneys' fees and costs, in favor of Plaintiff and against Defendant. Within **twenty-one days from the date of this Order**, the parties shall file a joint motion for attorneys' fees and costs that explains the amount of fees and costs Plaintiff is entitled to recover.

**ORDER ENTERED** at Augusta, Georgia this 28th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA