IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TERRI L. ROBERTS,           *
                            *
    Plaintiff,              *
                            *
    v.                      *
                            *    CV 115-072
QUANTUM3 GROUP, LLC,        *
                            *
    Defendant.              *

**O R D E R**

On October 28, 2016, after Plaintiff accepted Defendant's Rule 68 offer of judgment, the Court directed the Clerk to enter judgment in the amount of $1,000, plus attorneys' fees and costs, against Defendant and in favor of Plaintiff. (Doc. 15.) In that Order, the Court instructed the parties to file a joint motion for attorneys' fees and costs, which they have now done. (Doc. 17.) The parties agree that Plaintiff is entitled to recover $1,500 in attorneys' fees and $350 in costs. Upon consideration, the Court **GRANTS** the parties' motion. Defendant shall pay Plaintiff $1,850 in fees and costs. The Clerk shall **AMEND THE JUDGMENT** accordingly and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 19th day of December, 2016.

                              _____
                              HONORABLE J. RANDAL HALL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA