# United States District Court
## *Southern District of Georgia*

TERRI L. ROBERTS,

    Plaintiff,

                            **V.**

QUANTUM3 GROUP, LLC,

    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV115-072

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 19, 2016, Judgment is

ENTERED in favor of the Plaintiff and against the Defendant in the amount of $1,000 plus $1,500

in Attorneys' fees and $350 in costs. This civil action stands CLOSED.



December 19, 2016
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*